**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**WILLIE CARR, JR.**                                                                **PLAINTIFF**

**v.**                 **CASE NO. 2:12CV00046 BSM**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                         **DEFENDANT**

**ORDER**

The complaint filed herein on March 15, 2012 [Doc. No. 2] is hereby dismissed. Plaintiff filed an identical complaint on May 12, 2011, bearing case number 2:11-CV-90, and assigned to the Honorable James M. Moody. The only distinction in the complaints is an obvious typographical error found in paragraph one of the original complaint.  Because this case is merely a duplicate of case number 2:11-CV-90, it is appropriate for this case to be dismissed and for plaintiff to pursue relief in case number 2:11-CV-90, the first-filed case.

IT IS SO ORDERED this 21st day of March 2012.

_____
UNITED STATES DISTRICT JUDGE