IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIE CARR, JR.**                                                                  **PLAINTIFF**

v.                               **CASE NO. 2:12CV00046 BSM**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed.

Dated this 21st day of March 2012.

_____
UNITED STATES DISTRICT JUDGE